No. 555. BUNCH v. SMYTH, PENITENTIARY SUPER-
INTENDENT. Supreme Court of Appeals of Virginia.
Certiorari denied. *O. P. Easterwood, Jr.* for petitioner.

No. 538. EMMET ET AL. v. WHITTIER, ADMINISTRATOR
OF VETERANS AFFAIRS, ET AL. United States Court of
Appeals for the District of Columbia Circuit. Certiorari
denied. MR. JUSTICE HARLAN took no part in the con-
sideration or decision of this application. *John Geyer
Tausig, Nathaniel F. Bedford* and *Lawrence A. Schei* for
petitioners.

No. 342, Misc. ROWE v. MAINE. Supreme Judicial
Court of Maine. Certiorari denied.

No. 393, Misc. EX PARTE ROCKHOLT. Supreme Court
of Alabama. Certiorari denied.

No. 451, Misc. SWAN v. GLADDEN, WARDEN. Supreme
Court of Oregon. Certiorari denied.

No. 453, Misc. SMITH v. MARYLAND. Court of Ap-
peals of Maryland. Certiorari denied.

No. 464, Misc. SHANNON v. TEXAS. Court of Criminal
Appeals of Texas. Certiorari denied.

No. 433, Misc. PAUL v. WILKINS, WARDEN. C. A. 2d
Cir. Certiorari denied.